Gina Paonessa
98-1042 Moanalua Rd #101
Aiea, HI 96701
808-450-4530
Debtor



UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| GINA PAONESSA,<br><br>    Debtor, | CASE NO. 16-00416 Chapter 13<br><br>EXPARTE MOTION FOR EMERGENCY INJUNCTIVE RELIEF FOR VIOLATION OF THE AUTOMATIC STAY; DECLARATION OF GINA PAONESSA; EMERGENCY ORDER FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE AUTOMATIC STAY; CERTIFICATE OF SERVICE *EXHIBITS "A – D"* |

**EXPARTE MOTION FOR EMERGENCY INJUNCTIVE RELIEF
FOR VIOLATION OF THE AUTOMATIC STAY**

COMES NOW GINA PAONESSA, pursuant to U.S. Code 11 USC §362, hereby requests an emergency Order for immediate injunctive relief against the Association of Apartment Owners of the Pearl Gardens and Pearl Ridge Tower and its Board of Directors, to protect the property belonging to Gina Paonessa, a Debtor in Bankruptcy; for reasons set for in the attached Declaration of Gina Paonessa.

DATED: Honolulu, Hawaii April 26, 2016.

/s/ Gina Paonessa
GINA PAONESSA

# DECLARATION OF GINA PAONESSA

I, GINA PAONESSA, hereby DECLARE:

1. I am a Debtor in bankruptcy case number 16-00416.

2. I have lived at 98-1042 Moanalua Rd #2-101 Aiea, HI 96701 off and on since 1992. In 2011, I moved in permanently to care for my disabled grandmother, Eleanor Albert, who passed away September 2014.

3. My Grandmother's belongings remain in the unit, and her property is over $500,000.00 in value, of which as her granddaughter, I am an heir, and share its ownership.

4. My uncle, Anthony Mark Albert ("Mark") is the rightful owner of the Pearl Ridge Gardens and Pearl Ridge Tower unit 2-101, at 98-1042 Moanalua Rd. 101, Aiea, Hawaii, 96701, where my grandmother and uncle Paul Albert ("Paul") a disabled Navy veteran, have lived for over 20 years..

5. Since 2014, my uncle Mark has been in a title dispute and relentless foreclosures by the Association of Apartment Owners of the Pearl Ridge Gardens and Pearl Ridge Tower("AOAO") for the reasons in the attached Declarations of Mark, and Paul. See Exhibits __A__.

6. The AOAO filed an ejectment Complaint in Ewa District Court on March 7, 2016, 1RC16-1-1962. I received a default judgment against me on April 7, 2016. See Exhibit __B__.

7. A Motion for Reconsideration has also been received by the Ewa District Court on April 18, 2016, but has not yet been decided. Later that day I was served with a Writ of Possession and Judgment for Possession by Deputy Sheriff Cecilia Nakahira ("sheriff").

8. I filed a motion to set aside default on April 21, 2016, with hearing on May 12, 2016, and a Stay of Execution of Writ of Possession and Judgment for Possession, but it was denied. See Exhibit __C__.

9. I was compelled to file bankruptcy on April 22, 2016, in order to stop the eviction action against me.

10. A copy of my bankruptcy filing was mailed the same day to the AOAOs law firm, Porter McGuire Kiakona Chow LLP ("Kiakona") On Monday morning, April 25, 2016 a Notice of my bankruptcy filing was filed in Ewa District Court and hand delivered to Kiakona, and the Certificate of Service was filed in case No. 16-416, and mailed. See Exhibit __D__.

11. I was told by my uncle Paul, that after he delivered to Kiakona a copy of my bankruptcy filing, the sheriff told him that **the Kiakona law firm informed her to proceed with the eviction and change the locks, <u>in violation of the automatic stay</u>**, because Kiakona did not believe that my filing was credible.

12. My uncle Mark has been in and out of foreclosure since December 2008, being in custody since January 2008, and found it necessary to file bankruptcies to stop a mortgage foreclosure on his unit, until he was able to modify his loan. His most recent bankruptcy case 16-362 was dismissed on April 21, 2016 was to protect the title to his property, the unit where I am living.

13. However, my filing bankruptcy is for an entirely different reason than my uncle Mark's, as well as my previous filing over 5 years ago. I filed bankruptcy to protect my rightful share of my grandmother's property on the premises, some of which the family is in the process of selling which will pay my debts, as well my own personal belongings.

14. If the Motion for Reconsideration or New Trial is denied, or Stay of Execution of Writ is denied, I need sufficient time to pack and move out, and I need to have the stay enforced and allow me time to move out. My grandmother's items are very fragile and valuable, e.g., Christian Dior and Cartier la Maison de l'art Deco dishes, Bavarian crystal, porcelain, art collection, my great grandmother's china, etc., are worth more than my uncle Mark's condo.

15. On April 25, 2016 a West Oahu garbage truck was parked a few feet from my unit next to 2 empty dumpsters. The driver's sat in the hot sun for over 4 hours, occasionally turning the engine for AC.

16. It was only after the sheriff told my uncle she was not going to change the locks at 5:00 pm, but would come back the next day, April 26, 2016, did the garbage truck leave.

17. This alarmed and upset me greatly, because the head of security, Robert Chun has harassed me ever since 2011, constantly threatening to have me trespassed unless I could show him a copy of a lease, and interfered with my services as a caregiver of my grandmother. He has told others who reported to me, "We have been trying to get rid of them for a long time."

18. If Robert Chun or any other agent of AOAO obtains a key from the locksmith, I believe they will enter my unit after I am locked out, and discard my furnishings and

fragile valuables, which cannot be packed in on a few hours. I cannot leave irreplaceable assets that I need to reorganize my debts.

19. I am requesting this Honorable Court to have my automatic stay enforced, otherwise I will suffer great loss, immediate and irreparable harm, and severe damages to me as a Debtor. The Kiakona law firm is not honoring the bankruptcy stay for preconceived and erroneous reasons.

I GINA PAONESSA HEREBY DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

_____
GINA PAONESSA

| H9013-3B (3/16) | | |
|---|---|---|
| Filer's Name, Address, Phone, email:<br><br>GINA PAONESSA<br>98-1042 Moanalua Rd. #101<br>Aiea, HI 96701<br>808-484-4566<br>808-450-4530 | | |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813 | | |
| Debtor(s):<br>GINA PAONESSA | Case No.: 16-00416<br>Related Docket No.: | |

## CERTIFICATE OF SERVICE

| Document(s) served:<br>EXPARTE MOTION FOR EMERGENCY INJUNCTIVE RELIEF FOR VIOLATION OF THE AUTOMATIC STAY | Date served:<br>04/26/2016 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>   Email address if served via ECF or<br>   Fax number if served by fax | PORTER MCGUIRE KIAKONO CHOW LLP<br>841 Bishop St.#1500<br>Honolulu, HI 96813 | |
|---|---|---|
| | | |
| | | |

| Dated:<br>04/26/2016 | /s/ Gina Paonessa<br>*[Print name and sign]* |
|---|---|

U.S. Bankruptcy Court - Hawaii  #16-00416  Dkt # 11  Filed  04/26/16  Page 7 of 12

## SUPPLEMENTAL DECLARATION TO MOTION
## FOR RECONSIDERATION OR NEW TRIAL

I, Paul Albert DECLARE:

1. I am one of the named parties in the above-entitled action, make the following statements based upon my personal knowledge, in supplement to our Motion for Reconsideration or New Trial.

2. An identical complaint to **1RC16-1-1962** was filed in 2014, namely, **1RC14-1-9694**, against the same parties and the same property. (See attached Complaints).

3. The only difference in 1RC14-1-9694, Plaintiff had given the wrong address in its notice of eviction. However, the Honorable Michael K. Tanigawa granted Defendant's Motion to Dismiss for lack of subject matter jurisdiction, concluding that the title was in dispute. His order is included in our Motion for Reconsideration or New Trial.

4. There is no other difference in case 1RC16-1-1962 and case 1RC14-1-9694, as the title to the property in Plaintiff's "Exhibit 5 - the Limited Warranty Deed of Anthony Mark Albert" in case 1RC16-1-1962, is identical to the "Exhibit A" legal description in Plaintiff's "Exhibit 1 - Quitclaim Apartment Deed in cased 1RC14-1-9694," both showing Anthony Mark Albert on title. (See attached Plaintiff's Exhibits).

5. This is clearly a matter of title dispute, not a landlord's summary possession as argued in Defendant's Motion to Dismiss case 1RC14-1-9694. (See attached Motion to Dismiss 1RC14-1-9694.

6. Understandably the Plaintiff can file an action again since the address was incorrect in the 2014 case, but the Plaintiff should not be able to re-file a case of the same subject matter again in the Honolulu District Court, instead of the Circuit Court of the State of Hawaii that can properly hear this matter.

7. In supplement to our argument in our Motion for Reconsideration or New Trial, is the ruling by the Supreme Court of Hawaii in <u>Santiago vs. Tanaka</u>, No. SCWC-11-0000697 (2016) p. 23-29, appeal of Judgment, Writ of Ejectment, and Order Denying [their] Motion for Reconsideration. (See attached).

A

U.S. Bankruptcy Court - Hawaii   #16-00416   Dkt # 11   Filed  04/26/16   Page 8 of 12

8. Although standard Fannie Mae mortgage documents include "power of sale" and allow for Non-Judicial foreclosures, it can do so because it is stated so in the Mortgage contract.

9. The Santiago foreclosure action by Tanaka was based on an Agreement of Sale Purchase Mortgage contract. It was ruled "unlawful" and "wrongful" because "power of sale" and "non-judicial foreclosure" **was not** specifically stated "within the four corners of [their] contract."

10. The Declaration and By-Laws of the Pearl Ridge Gardens and Pearl Ridge Tower recorded at the Bureau of Conveyances in 1975, have not been amended to conform with HRS 514B of 2006 that allow Homeowner Associations to use "power of sale" for a "non-judicial foreclosure" as many condominiums have done.

11. Therefore, the Plaintiff had no right to auction my brother's Unit 2-101 on November 3, 2015, and Quitclaim his deed to themselves, as their "foreclosure sale is void and unenforceable where the foreclosure sale is invalid under the statute." Santiago p. 27.

12. However, this matter cannot be decided by this District Court of the First Circuit, but only by the First Circuit Court of the State of Hawaii.

13. The argument that I made at trial on April 7, 2016, regarding fraud on the part of Plaintiff was that they use non judicial auctions, not authorized by the Declaration and By-Laws of the Pearl Ridge Gardens and Pearl Ridge Tower, fraudulently obtain title and then used the District Courts to fraudulently gain possession of Anthony Mark Albert's unit.

I HEREBY DECLARE UNDER PENALTY OF PERJURY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____
PAUL ALBERT
Movant, Pro se

MOTION TO SET ASIDE ☒ DEFAULT ☐ JUDGMENT OR DISMISSAL; DECLARATION; NOTICE OF MOTION; CERTIFICATE OF SERVICE

Form # 1DC42

IN THE DISTRICT COURT OF THE FIRST CIRCUIT
'EWA ☒ DIVISION
STATE OF HAWAI'I

Plaintiff(s)
Association of Apartment Owners Of the Pearl Ridge Gardens Pearl Riadge Tower, by and through its Board of Directors

Defendant(s)
Paonessa

FILED
DISTRICT COURT OF THE FIRST CIRCUIT
2016 APR 21 P 3:11
LEGAL DOCUMENTS
CLERK J. HAUSLER

Reserved for Court Use

Civil No. **1RC16-1-1962**

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable)), Address, Telephone and Facsimile Numbers
Gina Paonessa
98-1042 Moanalua Rd.
Aiea, HI 96701

Date of Default, Judgment or Dismissal entered:
April 7, 2016

**MOTION TO SET ASIDE ☒ DEFAULT ☐ JUDGMENT or ☐ DISMISSAL**

Filing Party(ies) requests that this Motion be set for hearing on a date and time certain. This Motion is based on the Declaration below and is made pursuant to the District Court Rules of Civil Procedure, Rule 12.1.

**DECLARATION**

I have read this Motion, know the contents and verify that the statements are true to my personal knowledge and belief. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FOLLOWING IS TRUE AND CORRECT:

1. I am the ☒ Movant or ☐ associated with Movant as _Gina Paonessa_;

2. The following are facts why the Motion should be granted (attach continuation page, if necessary);
there is a dispute in title. Also I fell smacked my cheek and the swelling was so bad it looked as if I got hit by a bus. I was on medication for swelling and to prevent infection

april 15, 2016

Signature of Declarant: _[signature]_
Print/Type Name: Gina Paonessa

SEE AND USE REVERSE SIDE TO RESPOND TO MOTION

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

_[signature]_
Clerk, District Court of the First Circuit
State of Hawaii

"B"

03/01/2010) CommonLook 508 Certified U.S. Bankruptcy Court - Hawaii #16-00416 Dkt # 11 Filed 04/26/16 Page 10 of 12 Form#1DC42 Reprographics (03/10) 1DC

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT 'EWA ☑ DIVISION STATE OF HAWAI'I | FILED DISTRICT COURT OF THE FIRST CIRCUIT 2016 APR 21 P 3:08 LEGAL DOCUMENTS CLERK J. HAUSLER |
|---|---|
| **Plaintiff(s)** ASSOCIATION OF APARTMENT OWNERS OF THE PEARL RIDGE GARDENS AND PEARL RIDGE TOWER, by and through its Board of Directors | Reserved for Court Use |
| | Civil No. 1RC 16-1-1962 |
| **Defendant(s)** ANTHONY MARK ALBERT, GINA PAONESSA, PAUL ALBERT; AND OCCUPANTS | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Fax Numbers Paul Albert Gina Paonessa 98-1042 Moanalua Rd 2-101 Aiea, HI 96701 808-484-4566 Fax 808-223-9224 |

☐ **PLAINTIFF'S** / ☑ **DEFENDANT'S EX PARTE MOTION TO**

STAY EXECUTION OF WRIT OF POSSESSION AND JUDGMENT FOR POSSI

Filing Party requests that this motion be granted for the reasons stated in the Declaration below and made pursuant to:

☐ Rules of the District Courts of the State of Hawai'i, Rule _____;

☑ District Courts Rule of Civil Procedure, Rule 12.1 _____;

☐ Rules of the Small Claims Division of the District Court, Rule _____;

☑ Hawai'i Revised Statutes § 604-5(d) _____.

**DENIED**

### DECLARATION

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.**

1. I am ☑ the Moving Party or ☐ associated with the Moving Party as _____;
2. The following are facts why the Motion should be granted (attach additional pages, if necessary):

Defendants Motion to stay execution of Writ of Possession and Judgment for Possession as to Gina Paonessa and Paul Albert (only) should be granted pending Anthony Mark Albert's Bankruptcy Status hearing on May 12, 2016 for the following reasons: 1. The Writ, to an officer of the Dept of Public Safety that they are "commanded to remove Defendants Gina Paonessa and Paul Albert and all persons holding under or through him/her/them from the premises, including his/her/their personal belongings and properties, and to put Plaintiff in full possession of the premises." However, Anthony is currently in Chapter 13 bankruptcy proptection. Anthony is the owner that was foreclosed upon. Anthony's "personal belongings and properties" are all located on the premises at 98-1042 Moanlua Rd. 2-101,

Signature of Declarant: *Paul Albert* / *Gina Paonessa*

Date: 04/20/2016    Print/Type Name(s): Paul Albert and Gina Paonessa

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least (10) working days before your proceeding, hearing, or appointment date. For all Civil matters, please call 538-5151 or visit the District Court Service Center at 1111 Alakea Street, Third (3rd) Floor.

H9013-3B (3/16)

Filer's Name, Address, Phone, email:

Gina Paonessa
98-1042 Moanalua Rd. #101
Aiea, HI 96701

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2016 APR 25 A 10 05
MICHAEL B. DOWLING
CLERK OF COURT

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): PAONESSA, GINA | Case No.: 16-00416 |
|---|---|
| | Related Docket No.: |

### CERTIFICATE OF SERVICE

| Document(s) served: | Date served: |
|---|---|
| Voluntary Petition | April 22, 2016 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:
• Name of person served
• If attorney, name of client
• Mailing address or
  Email address if served via ECF or
  Fax number if served by fax | Porter McGuire Kiakona Chow LLP
AOAO of Pearl Ridge Gardens and
Pearl ridge Tower
841 Bishop St. 1500
Honolulu, HI 96813 | |
|---|---|---|
| | | |
| | | |

| Dated:
April 25, 2016 | /s/ Gina Paonessa
[Print name and sign] |
|---|---|