Filer's Name, Address, Phone, Fax, Email:

Gina Paonessa
98-1042 Moanalua Rd. #101
Aiea, HI 96701
808-450-4530
808-484-4566



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2016 APR 27 P 2: 20

MICHAEL B. ...
CLERK OF COURT

hib 9073-1 (02/10)

| | |
|---|---|
| Debtor: PAONESSA, GINA | Case No.: **16-00416** |
| Joint Debtor: NA (if any) | Chapter: **13** |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.] Plaintiff(s): vs. Defendant(s): | Adversary Proceeding No.: (if applicable) |

| NOTICE OF HEARING Courtroom – 1132 Bishop Street, Honolulu, Hawaii | Hearing Date: **MAY 2, 2016** Time: **2:00 P.M.** |
|---|---|
| | Objections Due: |

| Matter being heard: | EXPARTE MOTION FOR EMERGENCY INJUNCTIVE RELIEF FOR VIOLATIONS OF THE AUTOMATIC STAY | Related Dkt No.: **11** |
|---|---|---|

| Moving Party: | GINA PAONESSA |
|---|---|

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, including pertinent details.*]

Debtor is requesting injunctive relief against the Association of Apartment Owners of the Pearl Ridge Gardens and Pearl Ridge Tower, and its agents, from ejectment of her dwelling at 98-1042 Moanalua Rd. #101, Aiea, HI 96701, from her door locks being changed, from being arrested and physically being removed from the premises, or threatened to be arrested and physically removed from the premises during the automatic stay period. Debtor requires additional time as necessary, explained in the Declaration of Gina Paonessa to properly pack and remove her belongings from the premises without any interference, security risk, or forced abandonment of her estate. Otherwise, Debtor will suffer immediate and irreparable harm, loss, or damage will result.

Debtor is requesting sanctions be imposed against the Board of Directors of the Association of Apartment Owners of the Pearl Ridge Gardens and Pearl Ridge Tower and its agents for any violations of the automatic stay.

Any further relief deemed proper by this Honorable Court.

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

> **Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* _____ .]:
>
> _____          How calculated:
> Date

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to:
>
> Gina Paonessa
> 98-1042 Moanalua Rd. #101
> Aiea, HI  96701

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: 04/27/2016 _____          /s/ Gina Lee Paonessa _____

                                      for Movant          (Print name also if original signature)