H9013-3B (3/16)

Filer's Name, Address, Phone, email:

Gina Paonessa
98-1042 Moanalua Rd. #101
Aiea, HI 96701
808-450-4530
808-484-4566
islandlegalservices@yahoo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): PAONESSA, GINA

Case No.: 16-00416

Related Docket No.: 11

## CERTIFICATE OF SERVICE

Document(s) served:

NOTICE OF HEARING

Date served:

APRIL 27, 2016

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>  Email address if served via ECF or<br>  Fax number if served by fax | PORTER MCGUIRE KIAKONA CHOW LLP<br>841 BISHOP ST. SUITE 1500<br>HONOLULU, HI 96813 | |
|---|---|---|
| | | |
| | | |

Dated:

4/27/2016

/s/ GINA PAONESSA
*[Print name and sign]*