Of Counsel:
PORTER MCGUIRE KIAKONA & CHOW

KAPONO F.H. KIAKONA    7691-0
RANDALL K. SING        3250-0
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1100
Facsimile No.: (808) 539-1189
Email: kkiakona@HawaiiLegal.com
       rsing@HawaiiLegal.com

Attorneys for Creditor
ASSOCIATION OF APARTMENT OWNERS OF
PEARL RIDGE GARDENS AND PEARL RIDGE TOWER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>GINA PAONESSA,<br><br>　　　　　Debtor. | CASE NO. 16-00416<br>(Chapter 13)<br><br>**CREDITOR ASSOCIATION OF APARTMENT OWNERS PEARL RIDGE GARDENS AND PEARL RIDGE TOWER'S OPPOSITION TO DEBTOR'S EX PARTE MOTION FOR EMERGENCY INJUNCTIVE RELIEF FOR VIOLATIONS OF THE AUTOMATIC STAY; EXHIBITS "1" – "6"**<br><br><u>HEARING</u><br>Date: May 2, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable Robert J. Faris |

**CREDITOR ASSOCIATION OF APARTMENT OWNERS PEARL RIDGE GARDENS AND PEARL RIDGE TOWER'S OPPOSITION TO DEBTOR'S EX PARTE MOTION FOR <u>EMERGENCY INJUNCTIVE RELIEF FOR VIOLATIONS OF THE AUTOMATIC STAY</u>**

COMES NOW Creditor ASSOCIATION OF APARTMENT OWNERS OF PEARL RIDGE GARDENS AND PEARL RIDGE TOWER (hereinafter, "Association"), by and through its attorneys, Porter McGuire Kiakona & Chow, LLP, a party in interest in the above-captioned

bankruptcy action, and respectfully requests that this Court deny Debtor Gina Paonessa's ("Debtor") Motion for Emergency Injunctive Relief for Violation of the Automatic Stay ("Motion"). Based on the case history, prior related cases, Debtor's own declaration, and the State Court pleadings, the Court must find that Debtor has filed the bankruptcy merely as a delay tactic, there is no automatic stay as to the eviction and therefore no violation.

**FACTUAL BACKGROUND**

This matter involves the real property located at 98-1042 Moanalua Road, #2-101, Aiea, Hawaii 96701 (TMK No. (1) 9-8-039-003 CPR No. 0019) ("Unit"). The Unit is currently owned by the Association, but was formerly owned by Anthony Mark Albert ("Albert"). Debtor has stated in her Declaration in support of the Motion that she is Albert's niece.

Previously, Albert has filed five (5) separate bankruptcies in attempts to stall the Association's action against the unit.[1] As this Court will note, all of Albert's bankruptcies were dismissed. More telling, is that the bankruptcies all correspond to a last minute action to stall the Association. The bankruptcy filed on November 19, 2013 was designed to stall the Association's non-judicial foreclosure set for that same day. *See* Exhibit 1, a true and correct copy of the Notice of Auction set for November 19, 2013. The March 20, 2014 bankruptcy was filed to stall the continued non-judicial foreclosure. *See* Exhibit 2, a true and correct copy of the Notice of Postponed Auction set for March 20, 2014. The August 14, 2014 bankruptcy was filed to stall the further continued sale. *See* Exhibit 3, a true and correct copy of the Notice of Second Postponed Auction set for August 14, 2014. The August 11, 2015 bankruptcy was completed to stall another foreclosure auction. *See* Exhibit 4, a true and correct copy of the Notice of Auction set for August 11, 2015. The most recent bankruptcy (April 6, 2016) was done to delay the summary possession trial. *See* Exhibit 5, a true and correct copy of the Court minutes for the April 7, 2016 summary possession trial. On April 14, 2016, the Association obtained the writ of

---

[1] Those bankruptcies were filed on November 19, 2013 (#13-01866), March 20, 2014 ((#14-00367), August 14, 2014 (#14-01098), August 11, 2015 (#15-00981), and April 6, 2016 (#16-00362).

U.S. Bankruptcy Court - Hawaii #16-00416 Dkt # 14 Filed 04/29/16 Page 2 of 14

possession. On April 22, 2016, Debtor filed the current Chapter 13 bankruptcy.

**ARGUMENT**

Debtor's bankruptcy follows along the same pattern as that established by Albert. When there is a deadline in the Association's action, a bankruptcy is filed. Debtor admitted to this course of conduct in her Declaration in support of the Motion. Debtor states in paragraph 7 that the process server delivered the Writ of Possession and Judgment for Possession on April 18, 2016. Debtor's Declaration states that her motion to set aside the Writ of Possession and Judgment for Possession was denied by the State Court. *See* Paragraph 8 of Debtor's Declaration in support of the Motion. Finally, Debtor outright admits in Paragraph 9 that the purpose of the Bankruptcy is to stop the eviction from proceeding.

This is a bad faith bankruptcy filing. The Courts have stated that in order to determine whether bad faith exists, the Court is to examine (among other things) whether the debtor filed the petition only to defeat State Court Litigation, and if it was an unfair manipulation of the Bankruptcy Code. *See* In re Leavitt, 171 F.3d 1219, 1224 (9th Cir.1999). The Court also noted that the debtor's history of filings is relevant. Id. In the current instance, we believe that Albert's history of filings is relevant as well. Further, "[w]hen a bankruptcy case has been filed only for the purpose of inhibiting or forestalling a foreclosure action on the debtor's assets without the intention of financial rehabilitation, the case should be dismissed as having been filed in bad faith." In re Ortiz, 200 B.R. 485,491 (D. Puerto Rico 1996), (internal citations omitted). "If it is obvious that a debtor is attempting unreasonably to deter and harass creditors in their bona fide efforts to realize upon their securities, good faith does not exist." In re Thirtieth Place, 30 B.R. 503, 505 (9th Cir. BAP 1983) (quoting In re Loeb Apartments, 89 F.2d 461, 463 (7th Cir. 1937).) Based on the timing of Albert's and Debtor's filings, we believe that this matter is a clear case of bad faith filing and should be dismissed.

Additionally, 11 U.S.C. §362(b)(22) applies to the instant case. Debtor filed the

3

bankruptcy petition on April 22, 2016. The Association obtained the writ of possession and judgment for possession on April 14, 2016. Debtor failed to properly invoke 11 U.S.C. §362(l)(5). Therefore, the Association was allowed to proceed against Debtor in removing her from the premises at the time. Debtor was not entitled to any automatic stay.

Based on the above, the Association respectfully requests that the Court deny Debtor's Motion.

DATED: Honolulu, Hawaii, April 29, 2016.

_____
KAPONO F.H. KIAKONA
RANDALL K. SING
Attorneys for Creditor
ASSOCIATION OF APARTMENT OWNERS OF
PEARL RIDGE GARDENS AND PEARL RIDGE
TOWER

U.S. Bankruptcy Court - Hawaii   #16-00416   Dkt # 14   Filed 04/29/16   Page 4 of 14

NOTICE OF ASSOCIATION'S NON-JUDICIAL FORECLOSURE
UNDER POWER OF SALE

Foreclosing Party: Association of Apartment Owners of The Pearl Ridge Gardens and Pearl Ridge Tower, a Hawaii nonprofit corporation ("Association"), as Lienholder, under and pursuant to Sections 514B-146 and 667-91 through 667-104, HRS, as amended.
Property information: 98-1038 Moanalua Road, #2-101, Aiea, Hawaii 96701 (TMK No. (1) 9-8-039-003 CPR No. 0019) as described in exhibit "A" attached hereto.
Owner information: Anthony M. Albert aka A. Mark Albert
Other Creditors: State of Hawaii, Director of Finance, HSBC Bank USA, N.A., as Trustee and Queen Emma Land Company
**Public auction: 11/19/13, at 12:00 noon on State Capitol, 415 South Beretania Street, Honolulu, Hawaii 96813 (at the rotunda area on the steps leading down to the Queen Liliuokalani Statue)**
Open Houses: None
Delinquency: $32,375.27. Opening Bid: $1
**Terms of the sale are:** (1) no upset price; (2) property sold strictly "AS IS" and "WHERE IS"; (3) property sold without warranty of title or any other warranty, property has encumbrances as described in Exhibit "A"; (4) Purchaser must pay 10% of the highest successful bid price in cash, certified or cashier's check at close of auction and prior to bidding must show proof of ability to make such payment; (5) property is to be conveyed by Association's quitclaim conveyance and upon performance by Purchaser, no later than 21 days after payment of all costs related to the sale, (6) Purchaser is responsible for all title insurance, however, availability of title or other insurance shall not be a condition of closing; (7) Purchaser is responsible for obtaining possession after closing; (8) any delay in performance by Purchaser which prevents the closing from occurring within 45 days after the auction shall cause Association to sustain damages in amounts which will be difficult to ascertain. In the event the sale does not close because of any delay in performance by Purchaser as herein stated, the 10% down payment may be retained by Association as liquidated damages and not as a penalty; (9) Association's sole liability shall be the return of the bid funds tendered by Purchaser. Purchaser shall have no further recourse against Association, or its officers, members, directors, agents, attorneys, servicers and auctioneers; and (10) the sale may be postponed from time to time by public announcement made by Association or someone acting on its behalf.

"THE DEFAULT MAY BE CURED NO LATER THAN THREE BUSINESS DAYS BEFORE THE DATE OF THE PUBLIC SALE OF THE PROPERTY BY PAYING THE ENTIRE AMOUNT WHICH WOULD BE OWED TO THE ASSOCIATION UP TO THE DATE OF PAYMENT, PLUS THE ATTORNEY'S FEES AND COSTS, AND ALL OTHER FEES AND COSTS INCURRED BY THE ASSOCIATION RELATED TO THE DEFAULT, UNLESS OTHERWISE AGREED TO BETWEEN THE ASSOCIATION AND THE OWNER[S]. THERE IS NO RIGHT TO CURE THE DEFAULT OR ANY RIGHT OF REDEMPTION AFTER THAT TIME. IF THE DEFAULT IS SO CURED, THE PUBLIC SALE SHALL BE CANCELED."

Public sale will be conducted by Porter McGuire Kiakona & Chow, LLP, attorneys for the Association, 841 Bishop Street, 1500 Davies Pacific Center, Honolulu, Hawaii 96813; Tel: 808-539-1100.



EXHIBIT 1

NOTICE OF ASSOCIATION'S POSTPONED NON-JUDICIAL FORECLOSURE
UNDER POWER OF SALE

Foreclosing Party: Association of Apartment Owners of The Pearl Ridge Gardens and Pearl Ridge Tower, a Hawaii nonprofit corporation ("Association"), as Lienholder, under and pursuant to Sections 514B-146 and 667-91 through 667-104, HRS, as amended.
Property information: 98-1042 Moanalua Road, #2-101, Aiea, Hawaii 96701 (TMK No. (1) 9-8-039-003 CPR No. 0019) as described in exhibit "A" attached hereto.
Owner information: Anthony M. Albert aka A. Mark Albert
Other Creditors: State of Hawaii, Director of Finance, HSBC Bank USA, N.A., as Trustee and Queen Emma Land Company
**Public auction: March 20, 2014, at 12:00 noon on State Capitol, 415 South Beretania Street, Honolulu, Hawaii 96813 (at the rotunda area on the steps leading down to the Queen Liliuokalani Statue), which was postponed from November 19, 2013 at 12:00 noon**
Open Houses: None
Delinquency: $32,375.27. Opening Bid: $1
**Terms of the sale are:** (1) no upset price; (2) property sold strictly "AS IS" and "WHERE IS"; (3) property sold without warranty of title or any other warranty, property has encumbrances as described in Exhibit "A"; (4) Purchaser must pay 10% of the highest successful bid price in cash, certified or cashier's check at close of auction and prior to bidding must show proof of ability to make such payment; (5) property is to be conveyed by Association's quitclaim conveyance and upon performance by Purchaser, no later than 21 days after payment of all costs related to the sale, (6) Purchaser is responsible for all title insurance, however, availability of title or other insurance shall not be a condition of closing; (7) Purchaser is responsible for obtaining possession after closing; (8) any delay in performance by Purchaser which prevents the closing from occurring within 45 days after the auction shall cause Association to sustain damages in amounts which will be difficult to ascertain. In the event the sale does not close because of any delay in performance by Purchaser as herein stated, the 10% down payment may be retained by Association as liquidated damages and not as a penalty; (9) Association's sole liability shall be the return of the bid funds tendered by Purchaser. Purchaser shall have no further recourse against Association, or its officers, members, directors, agents, attorneys, servicers and auctioneers; and (10) the sale may be postponed from time to time by public announcement made by Association or someone acting on its behalf.

"THE DEFAULT MAY BE CURED NO LATER THAN THREE BUSINESS DAYS BEFORE THE DATE OF THE PUBLIC SALE OF THE PROPERTY BY PAYING THE ENTIRE AMOUNT WHICH WOULD BE OWED TO THE ASSOCIATION UP TO THE DATE OF PAYMENT, PLUS THE ATTORNEY'S FEES AND COSTS, AND ALL OTHER FEES AND COSTS INCURRED BY THE ASSOCIATION RELATED TO THE DEFAULT, UNLESS OTHERWISE AGREED TO BETWEEN THE ASSOCIATION AND THE OWNER[S]. THERE IS NO RIGHT TO CURE THE DEFAULT OR ANY RIGHT OF REDEMPTION AFTER THAT TIME. IF THE DEFAULT IS SO CURED, THE PUBLIC SALE SHALL BE CANCELED."

Public sale will be conducted by Porter McGuire Kiakona & Chow, LLP, attorneys for the Association, 841 Bishop Street, 1500 Davies Pacific Center, Honolulu, Hawaii 96813; Tel: 808-539-1100.



**EXHIBIT 2**

U.S. Bankruptcy Court - Hawaii #16-00416 Dkt # 14 Filed 04/29/16 Page 6 of 14

## NOTICE OF ASSOCIATION'S SECOND POSTPONED NON-JUDICIAL FORECLOSURE UNDER POWER OF SALE

Foreclosing Party: Association of Apartment Owners of The Pearl Ridge Gardens and Pearl Ridge Tower, a Hawaii nonprofit corporation ("Association"), as Lienholder, under and pursuant to Sections 514B-146 and 667-91 through 667-104, HRS, as amended.
Property information: 98-1042 Moanalua Road, #2-101, Aiea, Hawaii 96701 (TMK No. (1) 9-8-039-003 CPR No. 0019) as described in exhibit "A" attached hereto.
Owner information: Anthony M. Albert aka A. Mark Albert
Other Creditors: State of Hawaii, Director of Finance, HSBC Bank USA, N.A., as Trustee and Queen Emma Land Company
**Public auction: August 14, 2014, at 12:00 noon on State Capitol, 415 South Beretania Street, Honolulu, Hawaii 96813 (at the rotunda area on the steps leading down to the Queen Liliuokalani Statue), which was postponed from November 19, 2013 at 12:00 noon and March 20, 2014, at 12:00 noon**
Open Houses: None
Delinquency: $32,375.27. Opening Bid: $1
**Terms of the sale are:** (1) no upset price; (2) property sold strictly "AS IS" and "WHERE IS"; (3) property sold without warranty of title or any other warranty, property has encumbrances as described in Exhibit "A"; (4) Purchaser must pay 10% of the highest successful bid price in cash, certified or cashier's check at close of auction and prior to bidding must show proof of ability to make such payment; (5) property is to be conveyed by Association's quitclaim conveyance and upon performance by Purchaser, no later than 21 days after payment of all costs related to the sale, (6) Purchaser is responsible for all title insurance, however, availability of title or other insurance shall not be a condition of closing; (7) Purchaser is responsible for obtaining possession after closing; (8) any delay in performance by Purchaser which prevents the closing from occurring within 45 days after the auction shall cause Association to sustain damages in amounts which will be difficult to ascertain. In the event the sale does not close because of any delay in performance by Purchaser as herein stated, the 10% down payment may be retained by Association as liquidated damages and not as a penalty; (9) Association's sole liability shall be the return of the bid funds tendered by Purchaser. Purchaser shall have no further recourse against Association, or its officers, members, directors, agents, attorneys, servicers and auctioneers; and (10) the sale may be postponed from time to time pursuant to HRS Section 667-97.

"THE DEFAULT MAY BE CURED NO LATER THAN THREE BUSINESS DAYS BEFORE THE DATE OF THE PUBLIC SALE OF THE PROPERTY BY PAYING THE ENTIRE AMOUNT WHICH WOULD BE OWED TO THE ASSOCIATION UP TO THE DATE OF PAYMENT, PLUS THE ATTORNEY'S FEES AND COSTS, AND ALL OTHER FEES AND COSTS INCURRED BY THE ASSOCIATION RELATED TO THE DEFAULT, UNLESS OTHERWISE AGREED TO BETWEEN THE ASSOCIATION AND THE OWNER[S]. THERE IS NO RIGHT TO CURE THE DEFAULT OR ANY RIGHT OF REDEMPTION AFTER THAT TIME. IF THE DEFAULT IS SO CURED, THE PUBLIC SALE SHALL BE CANCELED."

Public sale will be conducted by Porter McGuire Kiakona & Chow, LLP, attorneys for the Association, 841 Bishop Street, 1500 Davies Pacific Center, Honolulu, Hawaii 96813; Tel: 808-539-1100.



**EXHIBIT 3**

## NOTICE OF ASSOCIATION'S NON-JUDICIAL FORECLOSURE
## UNDER POWER OF SALE

Foreclosing Party: Association of Apartment Owners of The Pearl Ridge Gardens and Pearl Ridge Tower, a Hawaii nonprofit corporation ("Association"), as Lienholder, under and pursuant to Sections 514B-146 and 667-91 through 667-104, HRS, as amended.
Property information: 98-1042 Moanalua Road, #2-101, Aiea, Hawaii 96701 (TMK No. (1) 9-8-039-003 CPR No. 0019) as described in exhibit "A" attached hereto.
Owner information: Anthony M. Albert, aka A. Mark Albert
Other Creditors: State of Hawaii, Director of Finance, Queen Emma Land Company and HSBC Bank USA, N.A., as Trustee on Behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders Of Ace Securities Corp. Home Equity Loan Trust, series 2006-ASAP6, Asset Backed Pass-Through Certificates
**Public auction: 08/11/15, at 12:00 noon on State Capitol, 415 South Beretania Street, Honolulu, Hawaii 96813 (at the rotunda area on the steps leading down to the Queen Liliuokalani Statue)**
Open Houses: None
Delinquency: $71,695.01. Opening Bid: $1
**Terms of the sale are:** (1) no upset price; (2) property sold strictly "AS IS" and "WHERE IS"; (3) property sold without warranty of title or any other warranty, property has encumbrances as described in Exhibit "A"; (4) Purchaser must pay 10% of the highest successful bid price in cash, certified or cashier's check at close of auction and prior to bidding must show proof of ability to make such payment; (5) property is to be conveyed by Association's quitclaim conveyance and upon performance by Purchaser, no later than 21 days after payment of all costs related to the sale, (6) Purchaser is responsible for all title insurance, however, availability of title or other insurance shall not be a condition of closing; (7) Purchaser is responsible for obtaining possession after closing; (8) any delay in performance by Purchaser which prevents the closing from occurring within 45 days after the auction shall cause Association to sustain damages in amounts which will be difficult to ascertain. In the event the sale does not close because of any delay in performance by Purchaser as herein stated, the 10% down payment may be retained by Association as liquidated damages and not as a penalty; (9) Association's sole liability shall be the return of the bid funds tendered by Purchaser. Purchaser shall have no further recourse against Association, or its officers, members, directors, agents, attorneys, servicers and auctioneers; and (10) the sale may be postponed from time to time pursuant to HRS Section 667-97.

"THE DEFAULT MAY BE CURED NO LATER THAN THREE BUSINESS DAYS BEFORE THE DATE OF THE PUBLIC SALE OF THE PROPERTY BY PAYING THE ENTIRE AMOUNT WHICH WOULD BE OWED TO THE ASSOCIATION UP TO THE DATE OF PAYMENT, PLUS THE ATTORNEY'S FEES AND COSTS, AND ALL OTHER FEES AND COSTS INCURRED BY THE ASSOCIATION RELATED TO THE DEFAULT, UNLESS OTHERWISE AGREED TO BETWEEN THE ASSOCIATION AND THE OWNER[S]. THERE IS NO RIGHT TO CURE THE DEFAULT OR ANY RIGHT OF REDEMPTION AFTER THAT TIME. IF THE DEFAULT IS SO CURED, THE PUBLIC SALE SHALL BE CANCELED."

Public sale will be conducted by Porter McGuire Kiakona & Chow, LLP, attorneys for the Association, 841 Bishop Street, Suite 1500, Honolulu, Hawaii 96813; Tel: (808) 539-1100

**EXHIBIT 4**

U.S. Bankruptcy Court - Hawaii #16-00416 Dkt # 14 Filed 04/29/16 Page 8 of 14



Print | Help | New Search | Exit

## Court Minutes Text

**Case Title:** AOAO OF THE PEARL RIDGE ETC VS ANTHONY ALBERT ETAL      1RC16-1-001962

**Div.:** 1DEA    **CV**    **DATE:** 04-07-2016A      **Time:** 0930A      **Priority:** 0   **Judge I.D.:** JMMAY
**Video No.:**      **Audio No.:**
**Minutes:** M.MAY:TAKAHASHI: CD#15(9:28,9:36) EWA-TRIAL
ATTY KAPONO KIAPONO PRESENT FOR PLTFF/AOAO OF THE
PEARLRIDGE GARDENS AND PEARL RIDGE TOWER.
DEFT/PAUL ALBERT PRESENT.
DEFTS/ANTHONY MARK ALBERT AND GINA PAONESS NOT
PRESENT.
COPY OF PETITION FOR FILING OF BANKRUPTY
SUBMITTED TO THE COURT FROM PAUL ALBERT ON BEHALF
OF ANTHONY MARK ALBERT.
THE COURT STAYED ANY PROCEEDING AS TO ANTHONY MARK
ALBERT AND ENTERED DEFAULT/JUDGMENT FOR POSSESSION
AND WRIT TO ISSUE FORTHWITH AS TO GINA PAONESSA.

[More Minutes Text]   [Next Court Date]   [Court Minutes List]   [Case Info.]

**EXHIBIT 5**



### Court Minutes Text

**Case Title:** AOAO OF THE PEARL RIDGE ETC VS ANTHONY ALBERT ETAL     1RC16-1-001962

**Div.:** 1DEA    **CV**    **DATE:** 04-07-2016A     **Time:** 0930A     **Priority:** 0   **Judge I.D.:** JMMAY
**Video No.:**     **Audio No.:**

**Minutes:** PAUL ALBERT'S ORAL MOTION TO DISMISS RE: INCORRECT
VENUE, DENIED.
TRIAL COMMENCED AS TO PAUL ALBERT ONLY.
PLTFF'S OPENING STATEMENT (9:42-9:43).
PLTFF'S WITNESS JOE PELOT-PROPERTY MANAGER
TESTIFIED (9:43-10:00; CROSS (10:04-10:05).
PLTFF'S EXHIBITS #1-4 RECEIVED INTO EVIDENCE
WTIHOUT OBJECTION.
PLTFF'S EXHIBITS #5-6 RECEIVED OVER OBJECTION.
PLTFF RESTS.
DEFT STATED THAT HIS ATTY WAS IN NEVADA AND
RETURNING NEXT WEEK AND THAT THE BANKRUPTCY STAY

[More Minutes Text] [Next Court Date] [Court Minutes List] [Case Info.]

# Hawai'i State Judiciary Ho'ohiki
Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Court Minutes Text

**Case Title:** AOAO OF THE PEARL RIDGE ETC VS ANTHONY ALBERT ETAL     1RC16-1-001962

**Div.:** 1DEA    **CV**    **DATE:** 04-07-2016A     **Time:** 0930A     **Priority:** 0   **Judge I.D.:** JMMAY
**Video No.:**     **Audio No.:**

**Minutes:** SHOULD APPLY TO ALL DEFTS.
    THE COURT DENIED PAUL ALBERT'S ORAL MOTION FOR
CONTINUANCE AND TOOK A RECESS TO RESEARCH
CONDITIONS OF BANKRUPTCY STAY WITH MULTIPLE
DEFTS.
COURT RECONVENED (10:29).
THE COURT STATED THAT AFTER RESEARCH, THE
BANKRUPTCY STAY DOES NOT APPLY TO CO-DEFENDANTS
AND ONLY THE INDIVIDUAL WHO FILED.
PAUL ALBERT'S REQUEST FOR A RECESS UNTIL 1:30PM
FOR CO-COUNSEL FOR HIS ATTY TO PROVIDE EVIDENCE
AND INFORMATION DISPUTING THE COURTS RULING ON

[More Minutes Text] [Next Court Date] [Court Minutes List] [Case Info.]

# Hawai'i State Judiciary Ho'ohiki
Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Court Minutes Text

**Case Title:** AOAO OF THE PEARL RIDGE ETC VS ANTHONY ALBERT ETAL     1RC16-1-001962

**Div.:** 1DEA    **CV**    **DATE:** 04-07-2016A     **Time:** 0930A     **Priority:** 0   **Judge I.D.:** JMMAY
**Video No.:**     **Audio No.:**

**Minutes:** AUTOMATIC STAY ONLY APPLYING TO INDIVIDUAL FILING FOR BANKRUPTCY.
THE COURT DENIED ANY RECESS OR CONTINAUNCE.
DEFT WAIVED ANY OPENING STATEMENT AND RESTED.
BY ORDER OF THE COURT, JUDGMENT FOR THE PLTFF,
JUDGMENT FOR POSSESSION/WRIT TO ISSUE FORTHWITH
BASED ON DEFAULT AS TO: GINA PAONESSA AND BASED
ON EVIDENCE AS TO PAUL ALBERT.
CASE CONTINUED FOR STATUS RE: BANKRUPTCY TO
5/12/16 @ 9:00 AS TO ANTHONY MARK ALBERT.
ATTY KAPONO KIAKONO TO NOTIFY DEFT ANTHONY MARK
ALBERT BY WRITING OF THE NEXT COURT DATE.

[ More Minutes Text ]    [ Next Court Date ]    [ Court Minutes List ]    [ Case Info. ]

WRIT OF POSSESSION AS TO DEFENDANTS GINA PAONESSA AND PAUL ALBERT

FILED
DISTRICT COURT OF
THE FIRST CIRCUIT

2016 APR 14 A 10: 19

LEGAL DOCUMENTS
J. HAUSLER
CLERK

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT |
|---|
| 'EWA ☐ DIVISION |
| STATE OF HAWAI'I |

Plaintiff(s)

ASSOCIATION OF APARTMENT OWNERS OF THE PEARL RIDGE GARDENS AND PEARL RIDGE TOWER, by and through its Board of Directors

Reserved for Court Use

Civil No. **1RC16-1-1962**

Defendant(s)

ANTHONY MARK ALBERT; GINA PAONESSA; PAUL ALBERT; AND OCCUPANTS

Filing Party/Attorney Name, Attorney Name (if applicable), Address, Telephone and Fax Numbers

Porter McGuire Kiakona & Chow, LLP
Kapono F.H. Kiakona 7691-9
841 Bishop Street, Suite 1500, Honolulu, HI 96813
Telephone: (808) 539-1100
Fax: (808) 539-1189

Premises Address:

98-1042 Moanalua Road, Apt. 2-101, Aiea, Hawaii 96701
TMK No. (1) 9-8-039-003  CPR No. 0019

Court Date Writ Was Issued:

April 7, 2016

Effective Date of Writ of Possession:

Forthwith

## WRIT OF POSSESSION
### AS TO DEFENDANTS GINA PAONESSA AND PAUL ALBERT

**THE STATE OF HAWAI'I:**

TO: The Director of Public Safety of the State of Hawai'i, his/her deputy or any police officer or other person authorized by the laws of the State of Hawai'i.

Plaintiff appeared on the Court Date above and obtained a Judgment For Summary Possession against ~~Defendant~~ Defendants GINA PAONESSA and PAUL ALBERT, under the provisions of Hawai'i Revised Statutes §666-11, for the possession of the premises located at the address specified above.

NOW, YOU ARE COMMANDED TO REMOVE Defendant(s) GINA PAONESSA and PAUL ALBERT and all persons holding under or through him/her/them from the premises, including his/her/their personal belongings and properties, and to put Plaintiff(s) in full possession of the premises; and file the Writ with the completed execution information within 180 days from the date of this Writ, unless extended by order of this Court.

Date: **APR 1 4 2016**

Judge: **MELANIE MAY**  (SEAL)

SEE PAGE 2 FOR EXECUTION INFORMATION

I certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

(Rev. 31 May 2006)
1D-P-805

Page 1 of 2
EXHIBIT 6

Writ of Possession
Form#1DC54
Reprographics (2/07)

U.S. Bankruptcy Court - Hawaii   #16-00416   Dkt # 14   Filed  04/29/16   Page 13 of 14

I am duly authorized by Hawai'i law to serve this Writ and I executed this Writ on the following person(s):

_____

_____

at (location): _____

_____

_____

_____

_____

on (date): _____ 20____.

| Date: | Signature of Serving Officer: |
|---|---|
|  | Print/Type Name: |

In accordance with state and federal disability laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days before your proceeding, hearing or appointment date.

**For all Civil related matters, please call 538-5151 or visit the District Court Service Center at 1111 Alakea Street, Third (3rd) Floor.**

CommonLook®
508 Certified
(Rev. 31 May 2006)
1D-P-805

Page 2 of 2

Writ of Possession
Form#1DC54

U.S. Bankruptcy Court - Hawaii   #16-00416   Dkt # 14   Filed  04/29/16   Page 14 of 14