```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                            Case No. 16-00362-rjf
Anthony Mark Albert                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0975-1         User: lisa              Page 1 of 1              Date Rcvd: Apr 21, 2016
                             Form ID: H9022          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2016.
```
db            +Anthony Mark Albert,    98-1042 Moanalua Rd., #101,    Aiea, HI 96701-4605
1324250       +AOAO PRG&T,    PORTER MCGUIRE,    841 BISHOP ST. 1500,    HONOLULU, HI 96813-3921
1324251        OCWEN,    CLAY CHAPMAN,   745 BISHOP ST.,    HONOLULU, HI 96813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2016                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2016 at the address(es) listed below:
```
              Howard M.S. Hu    Ch13mail@aol.com,    hhu1h13@ecf.epiqsystems.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
                                                                                             TOTAL: 2
```

H9022 (12/15)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony Mark Albert** <br> Name | United States Bankruptcy Court <br> District of Hawaii |
| Debtor 2 <br> (Spouse, if filing) | Name | Case number: **16−00362** <br> Chapter: **13** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Dismissing Case with 180−Day Bar to Refiling For Failure to File Required Documents Date of Entry: 4/21/2016. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:   April 21, 2016

Clerk's Office: <br>
1132 Bishop Street, Suite 250 <br>
Honolulu, Hawaii 96813 <br>
(808) 522−8100 <br>
www.hib.uscourts.gov

Michael B. Dowling <br>
Clerk