```
                         United States Bankruptcy Court
                              District of Hawaii
```

In re:                                                          Case No. 16-00362-rjf
Anthony Mark Albert                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0975-1         User: lisa              Page 1 of 1           Date Rcvd: Apr 21, 2016
                             Form ID: pdf001         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2016.
db              +Anthony Mark Albert,   98-1042 Moanalua Rd., #101,   Aiea, HI 96701-4605
1324250         +AOAO PRG&T,   PORTER MCGUIRE,   841 BISHOP ST. 1500,   HONOLULU, HI 96813-3921
1324251          OCWEN,   CLAY CHAPMAN,   745 BISHOP ST.,   HONOLULU, HI 96813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2016 at the address(es) listed below:
              Howard M.S. Hu   Ch13mail@aol.com,    hhu1h13@ecf.epiqsystems.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
                                                                                             TOTAL: 2

**Date Signed:**
**April 21, 2016**



SO ORDERED.

_____
Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

*Debtor(s):* **ANTHONY MARK ALBERT**         Chapter 13     Case No. **16-00362**

## ORDER DISMISSING CASE WITH 180-DAY BAR TO REFILING
## FOR FAILURE TO FILE REQUIRED DOCUMENTS

The debtor has violated an order to file certain documents required under the Bankruptcy Code by not filing the item(s) checked below.

☒ Statement of Current Monthly Income        ☐ Chapter 7 Statement of Intention
☒ One or more of Schedules A - J             ☒ Statement of Financial Affairs
☐ Certificate of Credit Counseling           ☒ Chapter 13 Plan
☐ Other: _____

For willful failure to comply with a court order, this case is DISMISSED under 11 U.S.C. § 109(g)(1). The debtor(s) may not file , and the clerk may reject for filing, a petition to commence a subsequent case in the name of the debtor(s) for 180 days after the date of entry of this order. If a petition is accepted for filing in violation of this order, the case shall be dismissed as soon as practicable without further notice and any stay imposed under the Bankruptcy Code may be annulled without notice as of the date of filing of the petition.

Any stay imposed under 11 U.S.C. § 362, 1201, or 1301 in this case is VACATED.

### END OF ORDER