Fill in this information to identify your case:

Debtor 1 __Gina Lee Paonessa__
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court - District of Hawaii

Case number __16-00416__

Local Form H1007-1a (12/15)

# Debtor's Motion to Extend Time to File Case Opening Documents

*[Note: If the court grants an extension, the deadline to file the initial documents required in a case generally will not extend beyond 3 days before the meeting of creditors. Do not use this form to extend the time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If you did not obtain credit counseling before filing the petition, a request to extend time to satisfy that requirement must have been made in the petition with a certification of exigent circumstances.]*

The undersigned requests an extension of time under Bankruptcy Rule 1007(c) to file the following:

[X] One or more schedules (A-J)  I & J MISSING

[ ] Statement of Financial Affairs

[ ] Chapter 7 Statement of Current Monthly Income/Means Test Calculation

[X] Chapter 13 Statement of Current Monthly Income/Disposable Income Calculation

[X] Chapter 13 Plan

[ ] Chapter 13 Rights and Responsibilities

[ ] Other: _____

Date petition filed: __April 22, 2016__

Date of meeting of creditors: __May 26, 2016__

Extension requested to: __May 12, 2016__

Explain why an extension is needed:

I need access to my Records and I'm packing to move Right now. I need more time to complete my inventory of personal Belongings.

Debtor acknowledges that the failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of a dismissal order, under 11 U.S.C. § 109(g)(1).

/s/ _____        /s/ _____
Debtor 1/Attorney                          Debtor 2/Attorney

Dated: __5·6·2016__                     Dated: _____

No objection: _____
          Trustee