H2002D (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gina Lee Paonessa**<br>Name | **United States Bankruptcy Court<br>District of Hawaii** |
| Debtor 2<br>(Spouse, if filing) | Name | Case number: **16–00416**<br>Chapter: **13** |

# CLERK'S NOTICE

NOTICE IS GIVEN THAT:

The following has been entered on the docket in this bankruptcy case:

[The entire order in this matter is set forth in this docket entry. No document is attached.]ORDER GRANTING MOTION TO EXTEND TIME TO FILE DOCUMENTS (related document: 24). The deadline is extended to May 12, 2016 for filing Schedules I–J, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation,. IT IS FURTHER ORDERED that failure to file these documents by the extended deadline will result in dismissal of the case without further notice. Moreover, the Debtor and Joint Debtor, if any, will be barred from filing a subsequent bankruptcy petition for 180 days after the date that the dismissal order is entered, pursuant to sec. 109(g)(1). SO ORDERED. /s/ ROBERT J. FARIS, United States Bankruptcy Judge.

The record in this case is available at the Clerk's Office at the address below or online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered:  May 9, 2016

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov