Filer's Name, Address, Phone, email:

GINA PAONESSA
98-1042 MOANALUA RD. #101
AIEA , HI 96701
808-484-4566
808-953-4535

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2016 MAY 9 P 1:59

MICHAEL B. DOWLING
CLERK OF COURT

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): PAONESSA, GINA

Case No.: 16-00416

Chapter: 13

[Title of Document, e.g., MOTION, APPLICATION, DECLARATION, STATEMENT]

SUPPLEMENTAL DECLARATION OF GINA PAONESSA
SEE ATTACHED.

Date: 5-9-2016

/s/ Gina I. Paonessa Gin.I.P.
[Print name and sign]

## SUPPLEMENTAL DECLARATION OF GINA PAONESSA

I, GINA PAONESSA, a debtor in bankruptcy case no. 16-00416, Declare the following:

1.  I was informed of a text message from the Kiakona firm process server at **8:47 a.m**. this morning, on **May 9, 2016** that:

> **"you have till today 5:00 p.m. today they will arrange for mover for anything you leave behind so everyone is out by 5pm."**

2.  This was against the understanding that I had at the hearing in the Honorable Judge Faris' courtroom on May 2, 2016, at 2:00 pm where Judge Faris instructed Mr. Kiakona to allow me sufficient time to move my things, which are fragile, and Mr. Kiakona agreed and assured the court that he will convey this understanding to the court if he hasn't done so already.

3. However, I was given no other warning or notice of this less than eight hour threat this morning. I cannot work with this time frame, and request this Honorable Court for a reasonable allowance of additional time so that I will not suffer damage, irreparable harm or loss, as my Declaration filed, April 26, 2016 explains, due to this vindictive action by Mr. Kiakona.

4.  We have already filled a 25 foot storage container of items that I personally have packed, working night and day.

5.  We have a large truck reserved for Tuesday May 10, 2016 to move furniture which requires another 20 foot storage container that is also on reserve for May 10, 2016.

6. The AOAO will suffer no harm to allow me a few more additional days to complete

my move out without Kiakona's movers coming to potentially damage or trash my

belongings.

7. I request this Honorable Court for an Order to allow me additional time that this Court

deems just and proper.


I DECLARE UNDER THE PENALTY OF LAW THAT THE FOREGOING IS TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE



GINA LEE PAONESSA