```
                         United States Bankruptcy Court
                               District of Hawaii
```

In re:                                                          Case No. 16-00416-rjf
Gina Lee Paonessa                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0975-1     User: mbd     Page 1 of 1     Date Rcvd: May 09, 2016
                   Form ID: H2002D     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2016.
db           +Gina Lee Paonessa,    98-1042 Moanalua Road #101,    Aiea, HI 96701-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2016 at the address(es) listed below:
         Howard M.S. Hu    Ch13mail@aol.com,    hhu1h13@ecf.epiqsystems.com
         Kapono F.H. Kiakona    on behalf of Creditor    Association of Apartment Owners of Pearl Ridge
          Gardens and Pearl Ridge Tower kkiakona@hawaiilegal.com,    pmiyoshi@hawaiilegal.com
         Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
                                                                                                            TOTAL: 3

H2002D (12/15)

| **Information to identify the case:** | |
|---|---|
| Debtor 1    **Gina Lee Paonessa** <br> Name | United States Bankruptcy Court <br> District of Hawaii |
| Debtor 2 <br> (Spouse, if filing)    Name | Case number: **16–00416** <br> Chapter: **13** |

# CLERK'S NOTICE

NOTICE IS GIVEN THAT:

The following has been entered on the docket in this bankruptcy case:

    [The entire order in this matter is set forth in this docket entry. No document is attached.]ORDER GRANTING MOTION TO EXTEND TIME TO FILE DOCUMENTS (related document: 24). The deadline is extended to May 12, 2016 for filing Schedules I–J, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation,. IT IS FURTHER ORDERED that failure to file these documents by the extended deadline will result in dismissal of the case without further notice. Moreover, the Debtor and Joint Debtor, if any, will be barred from filing a subsequent bankruptcy petition for 180 days after the date that the dismissal order is entered, pursuant to sec. 109(g)(1). SO ORDERED. /s/ ROBERT J. FARIS, United States Bankruptcy Judge.

The record in this case is available at the Clerk's Office at the address below or online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered: May 9, 2016                                           Michael B. Dowling <br>
                                                                                                                          Clerk

Clerk's Office: <br>
1132 Bishop Street, Suite 250 <br>
Honolulu, Hawaii 96813 <br>
(808) 522–8100 <br>
www.hib.uscourts.gov