Fill in this information to identify your case:

Debtor 1: **GINA LEE PAONESSA**
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court - District of Hawaii
Case number: **16-00416**

Local Form H1007-1a (12/15)

## Debtor's Motion to Extend Time to File Case Opening Documents

*[Note: If the court grants an extension, the deadline to file the initial documents required in a case generally will not extend beyond 3 days before the meeting of creditors. Do not use this form to extend the time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If you did not obtain credit counseling before filing the petition, a request to extend time to satisfy that requirement must have been made in the petition with a certification of exigent circumstances.]*

The undersigned requests an extension of time under Bankruptcy Rule 1007(c) to file the following:

- [✔] One or more schedules (A-J)
- [✔] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Current Monthly Income/Means Test Calculation
- [✔] Chapter 13 Statement of Current Monthly Income/Disposable Income Calculation
- [✔] Chapter 13 Plan
- [✔] Chapter 13 Rights and Responsibilities
- [ ] Other: _____

Date petition filed: APRIL 22, 2016
Date of meeting of creditors: MAY 26, 2016
Extension requested to: MAY 16, 2016

Explain why an extension is needed:

I AM IN THE MIDDLE OF MOVING OUT OF MY HOME BY MAY 14, 2016, AND NEED TO LOCATE SOME OF MY FINANCIAL RECORDS TO COMPLETE RESEARCH FOR MY FILINGS. I REQUEST UNTIL MONDAY MAY 16, 2016 TO COMPLETE THIS TASK. THANK YOU.

Debtor acknowledges that the failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of a dismissal order, under 11 U.S.C. § 109(g)(1).

/s/ Gina Paonessa
Debtor 1/Attorney

/s/ _____
Debtor 2/Attorney

Dated: MAY 12, 2016
Dated: _____

No objection: _____
Trustee